## STATE OF CONNECTICUT *v.* ANDRE ATKINS

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 520 (AC 29305), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Heather M. Wood*, deputy assistant public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided February 17, 2010

## NELSON APONTE *v.* COMMISSIONER OF CORRECTION

The petitioner Nelson Aponte's petition for certification for appeal from the Appellate Court, 118 Conn. App. 905 (AC 30117), is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Del Atwell*, special public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided February 17, 2010